# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2983
_____

ROBERT EARL HAYES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Amended Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.


May 21, 2019


PER CURIAM.

The amended petition alleging ineffective assistance of appellate counsel is denied on the merits.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Earl Hayes, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.